UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:15-CR-372-1H

UNITED STATES OF AMERICA

vs.

ORDER

ELISEO VILLAREAL-NUNEZ

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $76.28. The clerk is DIRECTED to pay the sum of $76.28 to Domino's Pizza using the court purchase card.

This the 10th day of June, 2025.

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE